JOHN T. JOHNS *et al. v.* LINN, *District Judge.*

No. A-2698. Opinion Filed April 18, 1917.

(164 Pac. 990.)

Petition of John T. Johns and others for writ of mandamus against Conn Linn, District Judge. Case dismissed by consent.

*A. F. Moss, Ed Crossland,* and *Pat Malloy,* for petitioners.

*S. P. Freling,* Atty. Gen., and *R. McMillan,* Asst. Atty. Gen., for respondent.

PER CURIAM. This was a proceeding in mandamus on behalf of John T. Johns, B. H. McLaughlin, Ben Green, C. H. Overton, R. J. Allison, and D. W. Moore, the defendants named in certain indictments returned and presented in the district court of Tulsa county, to require the respondent, Conn Linn, judge of said district court, to certify his disqualification to preside as such judge at the trials of said cases, on the ground of the bias and prejudice of said judge against the petitioners. The respondent filed an answer to the petition, denying that he entertained any bias or prejudice against said petitioners. The case was heard and submitted upon the pleadings and the evidence adduced. It now appears that the cases in question were assigned to another judge, and by agreement of the parties this case is to be dismissed.

The case is dismissed.

---

PAUL LEVY *v.* STATE.

No. A-2384. Opinion Filed May 26, 1917.

(165 Pac. 741.)

*Appeal from County Court, Logan County;*

*J. C. Strange, Judge.*

Paul Levy was convicted of gaming and appeals. Affirmed.

*W. I. Sadler,* for plaintiff in error.

*R. McMillan,* Asst. Atty. Gen., for the State.

PER CURIAM. Paul Levy was convicted in the county court of Logan county on a charge of conducting a game of chance played with dice, and his punishment fixed at a fine of $100 and imprisonment in the county jail for a period of 30 days.

An examination of the record discloses no error sufficient to warrant a reversal of the judgment of the trial court. It is therefore affirmed.